JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JIMMY RAY MARTINEZ,

          Plaintiff,

    vs.

MERCEDES-BENZ USA, LLC; and
DOES 1- 100, inclusive,

         Defendants.

Case No. 2:25−cv−04240−SVW−PVC
*Assigned to the Hon. Stephen V. Wilson*

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

## ORDER

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and good cause appearing, the stipulation is approved. The Court hereby retains jurisdiction to enforce and require compliance with the terms of the settlement agreement entered into by the parties. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2026

_____

Hon. Stephen V. Wilson
United States District Judge

2